IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number 3:16cr75/MCR

JOSEPH M. CAPELLI
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

Beginning in March 2016, Homeland Security Investigations (HSI) Special Agent Lindsey Bosso, located in Pensacola, Florida, engaged in an online undercover operation to identify individuals utilizing a social networking application to trade and disseminate images and videos of child pornography. During the course of the investigation, Username XXXXXXXX was observed online distributing sexually explicit material depicting children.

Specifically, on or about April 8, 2016, multiple images and videos depicting child pornography were posted by XXXXXXXX within a social networking application in a group entitled "#yungones," which included a video clip, approximately 15 seconds in duration, that depicted a prepubescent female lying face down on a bed, her bare buttocks displayed for the camera's view, as she

1

simulated a thrusting motion on the bed. The camera is focused on her buttocks and vagina during the 15 seconds of the video clip. In addition to this, a video was also posted by XXXXXXXX to the "#yungones" group that depicted a minor female engaged in oral sex. Images were also posted by XXXXXXXX (within the same group), which included minor females posed in various positions in front of mirrors, either fully nude or partially nude. Special Agent Bosso was able to successfully download and save these files to an undercover device, transmitted to Pensacola, Florida.

On or about April 9, 2016, XXXXXXXX posted two additional child pornographic videos and one image to the group "#yungones." The two videos posted by XXXXXXXX depicted minor females inserting objects into their vaginas. The image posted by XXXXXXXX depicted a pubescent female topless in front of a mirror. Special Agent Bosso was able to successfully save evidence of these files to an undercover device, transmitted to Pensacola, Florida.

On April 12, 2016, legal process was issued relating to XXXXXXXX. On April 13, 2016, said process identified the subscriber account with the following information:

    Email: XXXXXXXX@gmail.com
    IP's associated: 166.170.29.150
    Location: US
    Registered: 2013/12/26 13:10:19

Device-type: iPhone

On or around April 18, 2016, XXXXXXXX also posted within the group "#yungones" an image that depicted a prepubescent female seated on a toilet with an adult penis in her mouth. During the time frame of the aforementioned child pornography transmissions by XXXXXXXX, Special Agent Bosso noted approximately half a dozen IP addresses being utilized. Special Agent Bosso performed a query of an online database for IP address 73.188.163.166, which was an IP address utilized during April 7, 2016, through April 9, 2016, by XXXXXXXX during his distribution of child pornography. The IP address is registered to Comcast Communications Inc. On April 26, 2016, legal process was issued to Comcast Cable Communications Inc. On or about the same day, a response was received and is as follows:

> Subscriber name: Joe CAPELLI
> SSN: XXX-XX-5537
> Service Address: XXXXX Street, Apartment XXX, Philadelphia, Pennsylvania
> Telephone number: 215-859-XXXX, 215-000-XXXX

On or around May 14, 2016, XXXXXXXX again posted images to the "#yungones" group consistent with that of child pornography. Specifically, images depicting prepubescent and pubescent females posed in sexual positions (legs splayed open wherein the vaginal area is exposed), and an image of a minor female

3

engaged in oral sex during which she has two adult penises in her mouth. These were once again received in Pensacola, Florida, by SA Bosso.

On or around June 3, 2016, Google responded to legal process and confirmed an IP address as well as a telephone number that linked the defendant to XXXXXXXX:

> Email: XXXXXXX@gmail.com
> Created on: 2011/08/16 22:35:11 UTC
> SMS: +1215859XXXX (US)

In further reviewing of the Google records, law enforcement conducted an open source database check of AT&T telephone number 215-859-XXXX as provided by Google. This is the same telephone number as the one Comcast provided. Open source checks revealed the telephone number was assigned to "Joseph M. Capelli" with a date of birth of "02/XX/XXXX," and a reported address of "XXXXX Street, Apartment XXX, Philadelphia, Pa 19122." It is also of import that IP address 73.188.163.166 was utilized to log into not only the Gmail account but also the social networking application to transmit/distribute child pornography on or around April 7, 2016, through April 9, 2016.

On August 18, 2016, HSI executed a federal search warrant on Capelli's residence in Philadelphia, Pennsylvania. HSI agents seized multiple digital devices. This included a cellular telephone that contained child pornography and evidence

4

confirming Capelli was, indeed, XXXXXXXX.  Upon being confronted with the evidence against him, Capelli admitted being XXXXXXXX and being in the possession of child pornography.  This included Capelli initialing multiple printed illicit images as ones he recognized from his account.  Forensic examinations of the defendant's digital devices revealed child pornography on more than one such device.  This child pornography travelled in interstate or foreign commerce via the internet.

## Elements of the Offense

Eleventh Circuit Pattern Jury Instructions (2016) - Criminal, Offense Instr. No. 83.4A has been reviewed by the defendant along with counsel. The defendant understands the elements of the crime to which he is pleading guilty.

CHRISTOPHER P. CANOVA
United States Attorney

_____
JENNIFER HART
Assistant Federal Public Defender
Alabama Bar No. ASB-7245-T47J
3 West Garden Street, Suite 200
Pensacola, Florida 32502
(850) 432-1418

_11-14-16_____
Date

_____
DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

_11/14/16_____
Date

_____
JOSEPH M. CAPELLI
Defendant

_11-14-16_____
Date

6